IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIKE K. STRONG,<br><br>               Plaintiff,<br><br>vs.<br><br>CALIBER HOME LOANS, INC; U.S. BANK TRUST, N.A., as Trustee for LSF9 Master Participation Trust; KOZENY & MCCUBBIN, L.C.; and KERRY FELD, Successor Trustee,<br><br>               Defendants. | 8:19-CV-505<br><br>ORDER |

This matter is before the Court on the Notice of Appeal, Filing 24, filed by Plaintiff, Mike K. Strong, and the Clerk's Memorandum regarding in forma pauperis status, Filing 25. Strong seeks to appeal the Court's Judgment dated April 3, 2020, Filing 23. Strong has not paid the filing fee for the Notice of Appeal. The Court has not previously determined that Strong should be permitted to proceed in forma pauperis, Fed. R. App. P. 24(a)(3), nor has Strong filed a motion and affidavit seeking to proceed in forma pauperis, Fed. R. App. P. 24(a)(1). Accordingly,

IT IS ORDERED:

1. Strong is denied leave to proceed on appeal in forma pauperis;

2. The Clerk of Court shall send a copy of this Order to the United States Court of Appeals for the Eighth Circuit.

Dated this 28th day of April, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge